UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Katherine Ann Barron,

        Plaintiff,                      Civil No. 06-1358 (RHK/JSM)

vs.                        **DISQUALIFICATION AND**
                                **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., Wyeth
Pharmaceuticals, Inc.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of
the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned
recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of
Cases Order dated December 9, 2005, the above-captioned action shall be
resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not
replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in
the above-captioned case.

Dated:  April 10, 2006

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge